LESLIE W. MERKER, JR., EXECUTOR OF THE ESTATE OF OLIVE A. MERKER, DECEASED, PLAINTIFF-RESPONDENT, v. DIVISION OF MEDICAL ASSISTANCE AND HEALTH SERVICES, DEPARTMENT OF HUMAN SERVICES, DEFENDANT-APPELLANT.

Argued November 7, 1984—Decided December 7, 1984.

*Karen L. Suter,* Deputy Attorney General, argued the cause for appellant (*Irwin I. Kimmelman,* Attorney General of New Jersey, attorney; *James J. Ciancia,* Assistant Attorney General, of counsel).

*Helen B. Ver Strate* argued the cause for respondent (*Deakin & Ver Strate,* attorneys).

PER CURIAM.

The members of the Court being equally divided, it is ordered that the judgment of the Appellate Division is affirmed.

*For affirmance*—Chief Justice WILENTZ, and Justices POLLOCK and GARIBALDI—3.

*For reversal*—Justices CLIFFORD, SCHREIBER and HANDLER—3.